**STEPHEN L. NEEDLES & ASSOCIATES**
By: Stephen L. Needles, Esquire
Attorney I.D. No: 36447
80 North Second Street Pike
Churchville, PA 18966
(215) 364-4LAW

Attorney for Creditor
G. H. Harris Associates, Inc.

---

Name of Debtor:

Christopher S. Friend
12 Aspen Court
Newtown, PA 18940

: UNITED STATES BANKRUPTCY COURT
:
:
:
:
: EASTERN DISTRICT OF PENNSYLVANIA
: Case No. 18-10491
: Chapter 13
:
:
:

## ENTRY OF APPEARANCE

Please enter my Appearance on behalf of Creditor, G. H. Harris Associates, Inc., in the above-captioned matter.

Date: 3/29/18

Stephen L. Needles, Esquire
Attorney for Creditor

FILED
APR 2 2018
TIMOTHY McGRATH, CLERK