# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10491-MDC

CHRISTOPHER S FRIEND

12 ASPEN CT

NEWTOWN, PA 18940

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

CHRISTOPHER S FRIEND

12 ASPEN CT

NEWTOWN, PA 18940

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

/S/ William C. Miller

Date: 8/27/2018

_____

William C. Miller, Esquire
Chapter 13 Standing Trustee