United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10491-mdc
Christopher S. Friend                                                     Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD          Page 1 of 1          Date Rcvd: Jan 25, 2019
                             Form ID: 155            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 27, 2019.
db              +Christopher S. Friend,    12 Aspen Ct,    Newtown, PA 18940-3217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                     TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2019                              Signature:  /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 25, 2019 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Christopher S. Friend brad@sadeklaw.com,  bradsadek@gmail.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
           of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
           Series 2006-FRE1 bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., et. al. bkgroup@kmllawgroup.com
          STEPHEN L. NEEDLES    on behalf of Creditor    G. H. Harris Associates, Inc. steve@needlelawyer.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                            TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Christopher S. Friend
            Debtor(s)                                    Chapter: 13

                                                         Bankruptcy No: 18−10491−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

        AND NOW, this 24th of January 2019 upon consideration of the plan submitted by the
debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed;
and it appearing that:


        A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation
hearing upon notice having been held;

         B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other
applicable provisions of title 11 U.S.C.;

        C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid
before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                        Magdeline D. Coleman
                                        Judge ,
                                        United States Bankruptcy Court

                                                                        48
                                                                  Form 155