United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                              Case No. 18-10491-mdc
Christopher S. Friend                               Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Jul 25, 2019
                            Form ID: pdf900       Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2019.
```
db             +Christopher S. Friend,   12 Aspen Ct,   Newtown, PA 18940-3217
14045683       +Bucks County Prothonotary,   100 N Main #2,   Doylestown, PA 18901-3711
14045685        GH Harris Associates,   Old Lake Rd,   Dallas, PA 18612
14045687       +KML Law Group P.C.,   Suite 5000- BNY Independance Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14045691       +Whispering Wood Homeowners Assoc.,   PO Box 190,   Warrington, PA 18976-0190
14045692       +Whispering Woods,   P.O. Box 190,   Warrington, PA 18976-0190
14068251        Whispering Woods Homeowners Association,   975 Eaton Road, Ste 102,   Warrington, PA  18976
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jul 26 2019 03:22:44     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 26 2019 03:22:19
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 26 2019 03:22:42     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14045684       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 26 2019 03:23:31     Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14087489       +E-mail/Text: steve@needlelawyer.com Jul 26 2019 03:22:06     G. H. Harris Associates, Inc.,
                 c/o Stephen L. Needles, Esq.,   80 N. 2nd St Pike,   Churchville, PA 18966-1057
14045686       +E-mail/Text: cio.bncmail@irs.gov Jul 26 2019 03:22:10     Internal Revenue Service,
                 P.O. Box 7346,   Philadelphia, PA 19101-7346
14045688       +E-mail/Text: Bankruptcies@nragroup.com Jul 26 2019 03:22:58     National Recovery Agency,
                 2491 Paxton St,   Harrisburg, PA 17111-1036
14045689        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:24:50
                 Portfolio Recovery,   Po Box 41067,   Norfolk, VA 23541
14060566        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 26 2019 03:24:11
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14045690       +E-mail/Text: jennifer.chacon@spservicing.com Jul 26 2019 03:22:59
                 Select Portfolio Servicing, Inc.,   PO Box 65250,   Salt Lake City, UT 84165-0250
                                                                                             TOTAL: 10
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Christopher S. Friend brad@sadeklaw.com, bradsadek@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., as trustee, on behalf of the holders
               of the J.P. Morgan Mortgage Acquisition Corp. 2006-FRE1 Asset Backed Pass-Through Certificates,
               Series 2006-FRE1 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank N.A., et. al. bkgroup@kmllawgroup.com
              STEPHEN L. NEEDLES    on behalf of Creditor    G. H. Harris Associates, Inc. steve@needlelawyer.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER S FRIEND                    Chapter 13

                    Debtor        Bankruptcy No. 18-10491-MDC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this ____25th____ day of _____July_____, 201 9, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
CHRISTOPHER S FRIEND

12 ASPEN CT

NEWTOWN, PA 18940